UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRUMP CORPORATION,

                Plaintiff,

        v.

ASSOCIATED INDUSTRIES
INSURANCE COMPANY INC.

              Defendant.

No. 24-CV-8707 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

An initial conference was previously scheduled in this matter for January 24, 2025 at 1:30 p.m. Due to a scheduling conflict, the conference is hereby rescheduled to January 24, 2025 at 3:30 p.m. Unless the parties request otherwise, the conference will be held by phone. Call-in Number: (855) 244-8681; Meeting ID: 23055424735. This conference line is open to the public.

All other deadlines provided in the Court's November 19, 2024 Order (ECF No. 4) remain the same.

SO ORDERED.

Dated:    January 21, 2025
          New York, New York

_____
Ronnie Abrams
United States District Judge